J. C. GRIFFITH, *Plaintiff in Error*, v. ROBLEY BALLARD, HER-
BERT BALLARD AND WILLIAM BALLARD, CO-PARTNERS, DO-
ING BUSINESS AS BALLARD BROTHERS, *Defendants in
Error*.

### Division A.

### Decision Filed January 7, 1925.

A Writ of Error to the Circuit Court for Pinellas
County; M. A. McMullen, Judge.

*James Booth* and *D. C. McMullen*, for Plaintiff in Error;

*Harris & Denning* and *J. Uhle Bethel*, for Defendants in
Error.

PER CURIAM.—This cause having heretofore been submit-
ted to the court upon the transcript of the record of the
judgment herein, and briefs and argument of counsel
for the respective parties, and the record having been
seen and inspected, and the court being now advised
of its judgment to be given in the premises, it seems
to the court that there is no error in the said judgment; it
is, therefore, considered, ordered and adjudged by the court
that the said judgment of the Circuit Court be, and the
same is hereby affirmed.

BROWN, C. J., AND ELLIS AND STRUM, J. J., concur.